FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 7 20

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Saenz, Marco Antonio DEFENDANT(S). | CASE NUMBER SACR06-239 DOC ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__ , IT IS ORDERED that a detention hearing is set for __Mon, Fri 1/8/10__ , at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __1/7/10__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge