# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br>Saenz, Marco Antonio<br><br>　　　　　　　Defendant. | Case No.: SACR06-239 DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___conduct in not complying w/ supervision conditions and in absconding from supervision; substance abuse history___

1
2
3       and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on _fact that he allegedly committed_
8       _new offense while under supervision;_
9       _recent issuance of a temporary domestic_
10      _~~violation~~ violence order_
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __1/8/10__
17                                             ROBERT N. BLOCK
                                               UNITED STATES MAGISTRATE JUDGE
18
...
28